UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06012
  LUIS RENE MERCADO
  MONICA MERCADO                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-6079     SSN XXX-XX-0585

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/03/07 .

    2.  The case was converted to Chapter 7 without confirmation, 05/17/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------

          Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00        .00          .00         .00
PRINCIPAL PAID        .00        .00        .00          .00         .00
INTEREST PAID         .00        .00        .00          .00         .00
TOTAL PAID            .00        .00        .00          .00         .00
The Debtor's attorney, PATRICK J HART              , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 08/17/07                        /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 06012 LUIS RENE MERCADO & MONICA MERCADO